UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Criminal Action No.: 23-303 (RC) |
| | : |
| v. | : |
| | : |
| HACHIKOSELA MUCHIMBA, | : |
| | : |
| Defendant. | : |

## VERDICT FORM

**Count I:** **Conspiracy to Commit Theft of Mail and to Commit Bank Fraud**

With respect to Count I (Conspiracy to Commit Theft of Mail), we the jury unanimously find the defendant:

_____      \_\_\_\_X_____
Not Guilty                              Guilty

With respect to Count I (Conspiracy to Commit Bank Fraud), we the jury unanimously find the defendant:

_____      \_\_\_\_X_____
Not Guilty                              Guilty

**Count II:** **Theft of Mail (Check No. x8241)**

With respect to Count II, we the jury unanimously find the defendant:

_____      \_\_\_\_X_____
Not Guilty                              Guilty

orig

**Count III:**   Theft of Mail (Check No. x5263)

With respect to Count III, we the jury unanimously find the defendant:

_____     ____X____
Not Guilty                  Guilty

**Count IV:**   Theft of Mail (Check No. x4180)

With respect to Count IV, we the jury unanimously find the defendant:

_____     ____X____
Not Guilty                  Guilty

**Count V:**   Theft of Mail (Check No. x0290)

With respect to Count V, we the jury unanimously find the defendant:

_____     ____X____
Not Guilty                  Guilty

**Count VI:**   Theft of Mail (Check No. x0293)

With respect to Count VI, we the jury unanimously find the defendant:

_____     ____X____
Not Guilty                  Guilty

**Count VII:**   Theft of Mail (Check No. x9401)

With respect to Count VII, we the jury unanimously find the defendant:

_____     ____X____
Not Guilty                  Guilty

**Count VIII:    Theft of Mail (Check No. x7008)**

With respect to Count VIII, we the jury unanimously find the defendant:

_____        ____X____
Not Guilty                     Guilty

**Count IX:    Theft of Mail (Check No. x6046)**

With respect to Count IX, we the jury unanimously find the defendant:

_____        ____X____
Not Guilty                     Guilty

**Count X:    Theft of Mail (Check No. x5358)**

With respect to Count X, we the jury unanimously find the defendant:

_____        ____X____
Not Guilty                     Guilty

**Count XI:    Theft of Mail (Check No. x8088)**

With respect to Count XI, we the jury unanimously find the defendant:

_____        ____X____
Not Guilty                     Guilty

**Count XII:    Bank Fraud (Citibank; Check No. x9542)**

With respect to Count XII, we the jury unanimously find the defendant:

_____        ____X____
Not Guilty                     Guilty

**Count XIII:   Bank Fraud (JP Morgan; Check No. x8241)**

With respect to Count XIII, we the jury unanimously find the defendant:

_____           \_\_\_\_X_____
Not Guilty                           Guilty

**Count XIV:   Bank Fraud (Ally Bank; Check No. x9760)**

With respect to Count XIV, we the jury unanimously find the defendant:

_____           \_\_\_\_X_____
Not Guilty                           Guilty

**Count XV:    Bank Fraud (Capital One; Check No. x7291)**

With respect to Count XV, we the jury unanimously find the defendant:

_____           \_\_\_\_X_____
Not Guilty                           Guilty

**Count XVI:   Bank Fraud (Digital Credit Union; Check No. x8607)**

With respect to Count XVI, we the jury unanimously find the defendant:

_____           \_\_\_\_X_____
Not Guilty                           Guilty

**Count XVII:  Bank Fraud (TD Bank; Check No. x0293)**

With respect to Count XVII, we the jury unanimously find the defendant:

_____           \_\_\_\_X_____
Not Guilty                           Guilty

**Count XVIII:**      **Bank Fraud (Sandy Spring Bank; Check No. x8088)**

With respect to Count XVIII, we the jury unanimously find the defendant:

_____          ___X___
Not Guilty              Guilty

**Count XIX:   Engaging in Monetary Transaction in Property Derived from Specific Unlawful Activity**

With respect to Count XIX, we the jury unanimously find the defendant:

_____          ___X___
Not Guilty              Guilty

**Count XX:   Unlawful Procurement of Naturalization**

With respect to Count XX, we the jury unanimously find the defendant:

_____          ___X___
Not Guilty              Guilty


Dated this __13__ day of March, 2025

[signature redacted]
FOREPERSON